IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CR3006 |
| | ) | |
| V. | ) | |
| | ) | |
| SONIA MARTINEZ, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

Attorney Thomas Lamb was appointed as counsel for the defendant under the Criminal Justice Act, entered his appearance as defendant's counsel on January 7, 2008, and has represented the defendant since that date.  Filings 6 & 7.  Attorney J. Bruce Teichman entered an appearance on behalf of the defendant on February 4, 2008 and filed a motion for release.  Filings 20 & 21.  Attorney Teichman has now filed a motion to withdraw as defendant's counsel, citing a conflict of interest in continued representation of this defendant.  Filing 23.  Attorney Thomas Lamb remains counsel of record for the defendant.

IT THEREFORE HEREBY IS ORDERED:

1.    The motion to withdraw filed by attorney J. Bruce Teichman, filing 23, is granted.

2.    Attorney Thomas Lamb remains the appointed counsel for the defendant in this case.

3.    Attorney Thomas Lamb shall serve a copy of this order on the defendant forthwith, and shall file a certificate of service stating that the defendant has been so served.

DATED this 25th day of February, 2008.

BY THE COURT:

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge