IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>vs.<br><br>SONIA MARTINEZ,<br><br>              Defendant. | 4:08CR3006<br><br>**ORDER** |

The defendant's unopposed motion, (Filing No. 84), is granted, and the defendant is released subject to the following:

1) The defendant shall appear at her revocation hearing scheduled for April 8, 2015 at 12:30 p.m.

2) The defendant shall comply with all terms and conditions of supervised release which were imposed at sentencing, and the following additional conditions:

   a. Ms. Martinez shall reside with her fiancé and children, and

   b. She shall participate in and successfully complete an intensive outpatient treatment program.

3) Defendant's counsel shall promptly advise the Marshal of when the defendant will be picked up from custody and by whom.

4) The clerk shall deliver a copy of this order to the Marshal.

February 24, 2015.

                                                           BY THE COURT:

                                                           *s/ Cheryl R. Zwart*
                                                           United States Magistrate Judge