IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:08CR3006 |
| vs. | |
| SONIA MARTINEZ, | ORDER |
| Defendant. | |

The defendant initially moved to review detention and for release, but she now asks to withdraw that motion.

Accordingly,

IT IS ORDERED:

1) Defendant's motion to review detention, (filing no. 104), is denied.

2) The release hearing set for January 20, 2016 at 2:30 p.m. is cancelled.

January 19, 2016.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge