IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CR3006 |
| | ) | |
| v. | ) | |
| | ) | |
| SONIA MARTINEZ, | ) | MEMORANDUM AND ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

After careful review,

IT IS ORDERED that:

1. The defendant § 2255 motion (filing no. 123) under the *Johnson* case is denied for among reasons because the sentence the defendant is serving is for violation of supervised release.

2. The Federal Public Defender's motion to withdraw (filing no. 128) is granted.

3. Judgment will be entered by separate document.

4. A certificate of appealability is denied.

DATED this 5th day of August, 2016.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge