IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | 4:08CR3006 |
| v. | ) ) | |
| SONIA MARTINEZ, | ) ) | JUDGMENT |
| Defendant. | ) ) ) | |

IT IS ORDERED that judgment is entered for the United States and against Sonia Martinez dismissing with prejudice her § 2255 motion based upon the *Johnson* case. No certificate of appealability will be issued.

DATED this 5th day of August, 2016.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge